No. 225. ANDREW JERGENS CO. *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 827. Rehearing denied.

No. 247. GIBSON *v.* INTERNATIONAL FREIGHTING CORP., *ante,* p. 832. Rehearing denied.

No. 250. BINGAMAN, ADMINISTRATOR, *v.* REHN ET AL., DOING BUSINESS AS JOHN P. MAINELLI CONSTRUCTION CO., *ante,* p. 806. Rehearing denied.

No. 260. POTTS ET AL. *v.* RADER, ADMINISTRATOR, ET AL., *ante,* p. 849. Rehearing denied.

No. 261. COBB *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 832. Rehearing denied.

No. 290. PAYNE *v.* UNITED STATES, *ante,* p. 861. Rehearing denied.

No. 83, Misc. EX PARTE NEWSTEAD, *ante,* p. 809. Rehearing denied.

No. 112, Misc. ISRAEL ET AL. *v.* CALIFORNIA, *ante,* p. 838. Rehearing denied.

No. 120, Misc. GOODMAN *v.* IOWA, *ante,* p. 838. Rehearing denied.

No. 598, Misc., October Term, 1948. SHOTKIN ET AL. *v.* DENVER PUBLISHING CO. ET AL., 337 U. S. 929. Second petition for rehearing denied.

No. 100. MAY *v.* UNITED STATES;
No. 101. GARSSON *v.* UNITED STATES; and
No. 102. GARSSON *v.* UNITED STATES, *ante,* p. 830. The petitions for rehearing in these cases are denied. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of these applications.